UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 01-CV1265 ADM/AJB

Janice Reed,,

Plaintiff,

v.

Allen Lewis & Associates, and "Mr. Pettigrew," individually,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through their respective counsel, do hereby stipulate and agree that all claims that were or that could have been asserted in the above-captioned action may be dismissed with prejudice but without costs, disbursements or attorneys' fees to any party.

Dated: 3/26/02

James E. Blaney
Of MOORE, COSTELLO & HART, P.L.L.P.
1400 Norwest Center
55 East Fifth Street
Saint Paul, Minnesota 55101-1792

**Attorneys for Defendant**

Dated: 3/15/02

Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 East County Road D
Saint Paul, Minnesota
**Attorneys for Plaintiff**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The parties to the above-captioned matter having agreed to the dismissal of all claims that were or that could have been asserted in the above-captioned action with prejudice,

**IT IS ORDERED:**

That all claims are hereby dismissed with prejudice and without costs or attorney fees.

Dated: ~~March~~ April 1, 2002

**BY THE COURT:**

**United States District Court Judge**
**ANN D. MONTGOMERY**

STP:95826.1